# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Betty Porter Allen ,

    Plaintiff(s),                                    JUDGMENT IN A CIVIL CASE

vs.                                                                 3:10-cv-666

James Anthony Perri, M.D., et al,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2011 Order.

    Signed: January 4, 2011

Frank G. Johns, Clerk
United States District Court